UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RAYONIER PERFORMANCE FIBERS, LLC,

    Plaintiff,

v.                                                Case No. 3:25-CV-00343-WWB-PDB

CITY OF FERNANDINA BEACH, FLORIDA,

    Defendant.

_____

**PLAINTIFF'S DISCLOSURE STATEMENT
UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

   ☐ No.

   ☒ Yes, and

       ☒ These parent corporations and publicly held corporations own 10% or more of the filer's shares:

   Rayonier Advanced Materials Inc.
   1301 Riverplace Boulevard, Suite 2300
   Jacksonville, Florida 32207

   Rayonier A.M. Products Inc.
   1301 Riverplace Boulevard, Suite 2300
   Jacksonville, Florida 32207

       ☐ The filer has no parent corporation.

       ☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    ☒    No.

    ☐    Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

    a.    Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

        ☐    No.

        ☐    Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

    b.    Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

        ☐    No.

        ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

    c.    Is the filer an insurer?

        ☐    No.

        ☐    Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

    d.    Is the filer a legal representative?

        ☐    No.

        ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

    e.    Has the filer identified any corporation?

        ☐    No.

        ☐    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

    f.    Has the filer identified any natural person?

        ☐    No.

        ☐    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.    Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

    ☒    No.

    ☐    Yes. These additional persons and entities have or might have an interest in the outcome of the action:

4.    Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

    ☒    No.

    ☐    Yes, and this is the entity: [].

5.    Is this a bankruptcy action?

    ☒    No.

    ☐    Yes, and the debtor is [].

    ☐    Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

    ☒ No.

    ☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

    ☒ No.

    ☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

    ☒ Yes.

[SIGNATURE PAGE FOLLOWS]

Signed:

/s/Aaron R. Modiano
Aaron R. Modiano
Fla. Bar No. 90563

**LEWIS LONGMAN & WALKER, PA**

*Frederick L. Aschauer, Jr.
Fla. Bar No. 657328
106 East College Ave., Ste 1500
Tallahassee, FL  32301
Tel: 850-222-5702
Fax: 850-224-9242
faschauer@llw-law.com
jmelchior@llw-law.com
*LEAD COUNSEL

Aaron R. Modiano
Fla. Bar No. 90563
360 South Rosemary Ave., Ste 1100
West Palm Beach, FL 33401
Tel: 561-640-0820
Fax: 561-640-8202
amodiano@llw-law.com
bpennington@llw-law.com

Nicole Poot
Fla. Bar No. 118858
100 2nd Ave S, Ste. 501S
St Petersburg, FL 33701-4307
Tel: 727-245-0820
Fax: 727-290-4057
npoot@llw-law.com
jgabriel@llw-law.com

Brenna Durden
Fla. Bar No. 518786
245 Riverside Ave., Ste. 510
Jacksonville, FL 32202
Tel: 904-353-6410
Fax: 904-353-7619
bdurden@llw-law.com
sreichard@llw-law.com

*Counsel for Plaintiff, Rayonier Performance Fibers, LLC.*

**RAYONIER ADVANCED MATERIALS, INC**

Whitney McGuire
Fla. Bar No. 34984
1301 Riverplace Blvd., Ste. 2300
Jacksonville, FL 32207
Tel: 904-549-7395
Fax: 904-598-2200
whitney.mcguire@ryam.com

*Counsel for Plaintiff, Rayonier Performance Fibers, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to the following counsel of record, on this 1st day of April 2025 to:

**LEWIS LONGMAN & WALKER, PA**

*Frederick L. Aschauer, Jr., Esq.
106 East College Ave., Ste 1500
Tallahassee, FL  32301
Tel: 850-222-5702
Fax: 850-224-9242
faschauer@llw-law.com
jmelchior@llw-law.com
*LEAD COUNSEL

Aaron R. Modiano, Esq.
360 South Rosemary Ave., Ste 1100
West Palm Beach, FL 33401
Tel: 561-640-0820
Fax: 561-640-8202
amodiano@llw-law.com
bpennington@llw-law.com

Nicole Poot, Esq.
100 2nd Ave S, Ste. 501S
St Petersburg, FL 33701-4307
Tel: 727-245-0820
Fax: 727-290-4057
npoot@llw-law.com
jgabriel@llw-law.com

Brenna Durden, Esq.
245 Riverside Ave., Ste. 510
Jacksonville, FL 32202
Tel: 904-353-6410
Fax: 904-353-7619
bdurden@llw-law.com
sreichard@llw-law.com

*Counsel for Plaintiff, Rayonier Performance Fibers, LLC.*

**RAYONIER ADVANCED MATERIALS, INC**

Whitney McGuire, Esq.
1301 Riverplace Blvd., Ste. 2300
Jacksonville, FL 32207
Tel: 904-549-7395
Fax: 904-598-2200
whitney.mcguire@ryam.com

*Counsel for Plaintiff, Rayonier Performance Fibers, LLC.*

/s/ Aaron R. Modiano
Aaron R. Modiano