United States District Court
Middle District of Florida
Jacksonville Division

**RAYONIER PERFORMANCE FIBERS, LLC,**

   *Plaintiff,*

v.                                         **NO. 3:25-cv-343-PDB**

**CITY OF FERNANDINA BEACH, FLORIDA,**

   *Defendant.*

___

# Order

The court **directs** the clerk to remove from the docket document 30. Discovery-related documents, including initial disclosures, should not be filed on the docket unless and until the court needs them to decide an issue brought to its attention. *See* Fed. R. Civ. P. 5(d)(1); Middle District Discovery § I.C.1.

**Ordered** in Jacksonville, Florida, on August 11, 2025.

*Patricia D. Barksdale*
Patricia D. Barksdale
United States Magistrate Judge