**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RAYONIER PERFORMANCE FIBERS, LLC,

    Plaintiff,

v.

    CASE NO. 3:25-cv-00343-WWB-PDB

CITY OF FERNANDINA BEACH, FLORIDA,

    Defendant.

_____

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Whitney K. McGuire, Esquire, proceeding under Local Rule 2.02(c), moves to withdraw from representing Rayonier Performance Fibers, LLC, in this action.

I certify that the client consents to the withdrawal.

The withdrawal will have no material adverse effect on the interests of the client.

The withdrawal will neither impact this case, nor have any bearing on the remaining deadlines governing this case.

Lewis, Longman and Walker, P.A. will continue to represent Plaintiff, Rayonier Performance Fibers, LLC, as counsel of record in this case.

WHEREFORE, the undersigned respectfully requests that she be removed from the service list.

## LOCAL RULE 3.01(g) CERTIFICATION

I conferred with the opposing party on August 20, 2025, and represent the opposing party does not object to my withdrawal.

Respectfully submitted this 21st day of August, 2025.

                                                */s/ Whitney K. McGuire*
FREDERICK L. ASCHAUER, JR.*
Florida Bar No. 657328
LEWIS, LONGMAN & WALKER, P.A.
106 East College Ave., Suite 1500
Tallahassee, FL 32301
Telephone: (850) 222-5702
Facsimile: (850) 222-9242
Primary Email: faschauer@llw-law.com
Secondary Email: jmelchior@llw-law.com
                   mlozada@llw-law.com
*LEAD COUNSEL

BRENNA M. DURDEN
Florida Bar No. 518786
LEWIS, LONGMAN & WALKER, P.A.
245 Riverside Avenue, Suite 510
Jacksonville, FL 32202
Telephone: (904) 353-6410
Facsimile: (904) 3536-7613
Primary Email: bdurden@llw-law.com
Secondary Email: sreichard@llw-law.com

NICOLE J. POOT
Florida Bar No. 118858
LEWIS, LONGMAN & WALKER, P.A.
100 Second Ave South, Suite 501-S
St. Petersburg, FL 33701
Telephone: (727) 245-0820
Facsimile: (727) 290-4058
Primary Email: npoot@llw-law.com
Secondary Email:  jgabriel@llw-law.com

AARON R. MODIANO
Florida Bar No. 90563
LEWIS, LONGMAN & WALKER, P.A.
360 S. Rosemary Ave., Suite 1100
West Palm Beach, FL 33401
Telephone: (561) 640-0820
Facsimile: (561) 640-8202
Primary Email: amodiano@llw-law.com
Secondary Email: bpennington@llw-law.com

4931-9565-4496, v. 2

>WHITNEY K. MCGUIRE
>Florida Bar No. 0034984
>RAYONIER PERFORMANCE FIBERS, LLC
>1301 Riverplace Blvd.
>Jacksonville FL, 32207
>Telephone: 904-549-7395
>Email: whitney.mcguire@ryam.com
>
>*Counsel for Plaintiff, Rayonier Performance Fibers, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to the following counsel of record, on this 21st day of August 2025.

>/s/ Whitney K. McGuire
>Attorney